Motion Granted; Appeal Dismissed
and Memorandum Opinion filed May 3, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01203-CV

____________

 

CITY OF HOUSTON, Appellant

 

V.

 

LEWIS M. CHILDRESS, Appellee

 



 

On Appeal from the 11th District Court

Harris County, Texas

Trial Court Cause No. 2010-71802

 



 

M E M O R
A N D U M   O P I N I O N

This
appeal is from an order signed November 23, 2010.  On April 21, 2011, the
parties filed a joint motion to dismiss.  See Tex. R. App. P. 42.1.  The
motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Panel consists of Justices Frost, Jamison, and
McCally.